■ In the Matter of DE GRAFF, FOY, CONWAY & HOLT-HARRIS, Respondent, v. McKESSON & ROBBINS, INC., Appellant.— Order affirmed, without costs. No opinion. Staley Jr., J. P., Greenblott and Sweeney, JJ., concur. Simons, J., dissents and votes to modify by entering an order in favor of respondents for the sum of $22,500, without costs.